UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| KEVIN HUTCHINGS; §<br>      *Plaintiff,* §<br>v. §<br>§<br>XTO ENERGY, INC., §<br>      *Defendant.* §<br>§<br>§ | No. MO:20-CV-00094-DC-RCG |

## ORDER ADMINISTRATIVELY CLOSING THE CASE

BEFORE THE COURT is the status of the above-entitled case. This case is before the undersigned United States Magistrate Judge by Order of Referral from the District Judge in accordance with 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges. (Doc. 6).

On April 12, 2022, the parties filed a Joint Status Report informing the Court that they had reached a settlement agreement and were finalizing said agreement. (Doc. 63). The parties have filed six subsequent Joint Status Reports, the most recent being on August 1, 2022. (Docs. 64, 65, 66, 67, 68, 69). The report filed on August 1, 2022, informed the Court that the parties were continuing to finalize the settlement agreement and anticipate filing the settlement documents by August 19, 2022. (Doc. 69). However, the Court issued a Scheduling Order on July 2, 2021, setting the Final Pretrial Conference for August 12, 2022. (Doc. 43).

Thus, because the action should not proceed given the anticipation of settlement, the Court finds this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending)."). The Clerk of

the Court is therefore **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case pending further order of the Court. Although the case will be administratively closed, it will remain on the docket of this Court. Furthermore, this Order shall not be considered a dismissal or disposition of this case.

Further, the Court **ORDERS** that the parties file settlement documents within **thirty (30) days of the issuance of this Order**. Once the parties have finalized the settlement, the Court will re-open this case. The parties are advised that if they fail to do so, the Court will issue an order for the parties to show cause.

It is so **ORDERED**.

SIGNED this 2nd day of August, 2022.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE